IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **TVPAINT DEVELOPMENT,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO.** |
| v. | § | |
| | § | **SA-07-CV-0735 FB (NN)** |
| **MYTOONS, INC.;** | § | |
| **BRUCE B. BARSHOP, Individually;** | § | |
| **BRIAN G. R. HUGHES, Individually;** | § | |
| **DANIEL J. KRAUSS, Individually;** | § | |
| **PAUL B. FORD, Individually; and** | § | |
| **ELEONORE S. FORD, Individually,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER DENYING MOTIONS FOR MORE DEFINITE STATEMENT (#4 AND 5)

The matters before the Court are defendants' motions for more definite statement (docket entries 4 and 5). The motions are made pursuant to Federal Rule of Civil Procedure 12(e).

After consideration of the motions, responses, reply and surreply, the motions will be DENIED. Federal Rule of Civil Procedure 8(a)(2) requires only "a short and plain statement of the claim showing that the pleader is entitled to relief." Specific facts are not necessary; the statement need only "'give the defendant fair notice of what the . . . claim is and the grounds upon which it rests.'"[1] The complaint in this case sufficiently complies with the pleading requirements of Rule 8.

It is so ORDERED.

**SIGNED** on January 14, 2008.

*[signature: Nancy Stein Nowak]*

NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE

---

[1] *Erickson v. Pardus*, 127 S. Ct. 2197, 2200 (2007) (quoting *Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955, 1965 (2007) (*Bell's* citations omitted).